ALEN KALLMAN et al., by MILDRED KALLMAN, Their Guardian ad Litem, et al. Appellants, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

(Argued November 16, 1936; decided December 1, 1936.)

*Harold R. Medina, Leo E. Falkin* and *William Seligson* for appellants.

*Peter C. Mann* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.